**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DOCUMENT SUBPOENA directed to Nonparty JAMES FALLON and issued in connection with<br><br>*Yuga Labs, Inc. v. Ripps et al.*, No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)<br><br>(Pending in the United States District Court for the Central District of California) | MISCELLANEOUS CASE NO: |

## NOTICE OF MOTION TO QUASH

PLEASE TAKE NOTICE that, upon the annexed Declaration of Dana M. Seshens, the exhibits thereto, and the accompanying memorandum of law, all dated March 6, 2023, nonparty James Fallon, by and through his undersigned counsel, respectfully moves this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order:

(a) pursuant to Federal Rule of Civil Procedure 45(d)(3), quashing the subpoena directed to James Fallon and issued in connection with *Yuga Labs, Inc. v. Ripps et al.*, No. 2:22-cv-04355-JFW-JEM (C.D. Cal.); and

(b) granting such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         March 6, 2023

                                                DAVIS POLK & WARDWELL LLP

                                                By:        /s/ *Dana M. Seshens*
                                                                     Dana M. Seshens

                                              450 Lexington Avenue
                                              New York, New York 10017
                                              Telephone: (212) 450-4000
                                              Facsimile: (212) 701-5800
                                              dana.seshens@davispolk.com
                                              daniel.schwartz@davispolk.com
                                              adam.greene@davispolk.com

                                              *Counsel to Nonparty James Fallon*