# Exhibit 16

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Sent:** Friday, February 24, 2023 3:43 PM
**To:** Potischman, Neal A. <neal.potischman@davispolk.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Seshens, Dana M. <dana.seshens@davispolk.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>
**Subject:** RE: Third Party Subpoena: James Fallon

Neal,

Thank you for confirming that you are authorized to receive service.  Attached is an updated subpoena.

Kind regards,
Henry

**From:** Potischman, Neal A. <neal.potischman@davispolk.com>
**Sent:** Friday, February 24, 2023 11:02 AM
**To:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>
**Cc:** Tompros, Louis W. <Louis.Tompros@wilmerhale.com>; Seshens, Dana M. <dana.seshens@davispolk.com>
**Subject:** RE: Third Party Subpoena: James Fallon

**EXTERNAL SENDER**

Henry,

I can confirm that we are authorized to accept service of a subpoena issued out of the Southern District of New York to Jimmy Fallon in connection with this matter.  For the reasons discussed, and in the interest of transparency, we anticipate filing a motion to quash.

Neal

**Neal A. Potischman**

**Davis Polk & Wardwell LLP**
+1 650 752 2021 office
+1 646 522 7407 mobile
neal.potischman@davispolk.com

**From:** Nikogosyan, Henry <Henry.Nikogosyan@wilmerhale.com>