**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DOCUMENT SUBPOENA directed to Nonparty JAMES FALLON and issued in connection with<br><br>*Yuga Labs, Inc. v. Ripps et al.*, No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)<br><br>(Pending in the United States District Court for the Central District of California) | MISCELLANEOUS CASE NO:<br><br>1:23-mc-00059-JHR |

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF MISCELLANEOUS CASE**

PLEASE TAKE NOTICE that, in light of the withdrawal of the subpoena issued to him by Ryder Ripps and Jeremy Cahen on February 24, 2023 arising out of *Yuga Labs, Inc. v. Ripps et al.*, No. 2:22-cv-04355-JFW-JEM (C.D. Cal.), Nonparty James Fallon, by and through his undersigned counsel, hereby:

(a) withdraws the Motion to Quash filed at ECF No. 1; and

(b) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, the above-captioned miscellaneous case.

Dated: New York, New York
March 7, 2023

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  /s/ *Dana M. Seshens*
Dana M. Seshens
Daniel J. Schwartz
Adam M. Greene
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
adam.greene@davispolk.com

*Counsel to Nonparty James Fallon*